**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Irimar P.,

      Petitioner,

v.

Pamela Bondi, *Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security*, et al.,

      Respondents.

Case No. 26-cv-0199 (PJS/DTS)

**ORDER**

---

**THE COURT HEREBY ORDERS**:

1.      Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Irimar P. by no later than January 14, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.      Respondents' answer should include:

    a.      Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.      A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

    c.      Respondents' recommendation on whether an evidentiary hearing should be conducted;

3.      If Petitioner intends to file a reply to respondents' answer, she must do so by no later than January 16, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 13, 2026                 __s/ David T. Schultz_____
                                           DAVID T. SCHULTZ
                                           United States Magistrate Judge