UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| IRIMAR P., | Case No. 26-CV-0199 (PJS/DTS) |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID EASTERWOOD, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement, | |
| Respondents. | |

---

Based upon the Stipulation for Dismissal filed by the parties on January 23, 2026 [ECF No. 11],

IT IS ORDERED that this action is dismissed without prejudice and without costs or disbursements to any party.

Dated: January 23, 2026                   /s/ Patrick J. Schiltz
                                          Patrick J. Schiltz, Chief Judge
                                          United States District Court